**Troy Monge, Esq.**
Law Offices of Martin Taller, APC
2300 E. Katella Avenue, Suite 440
ANAHEIM, CALIFORNIA 92806
TELEPHONE (714) 385-8100
troymonge@hotmail.com

Attorney Bar #217035
Attorneys for Adrian Moriel

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MORIEL,<br><br>　　Plaintiff,<br><br>　　v<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　Defendant. | No. SACV15-1356 PLA<br><br>ORDER<br>AWARDING EQUAL ACCESS<br>TO JUSTICE ACT ATTORNEY<br>FEES AND COSTS |

　　Based upon the parties' Stipulation for Award and Payment of Attorney Fees:

　　IT IS ORDERED that the Commissioner shall pay attorney fees and expenses the amount of FOUR THOUSAND FOUR HUNDRED SIXTEEN DOLLARS and TWENTY-FOUR CENTS ($4,416.24), and costs under 28 U.S.C. § 1920 in the amount of ZERO DOLLARS ($0.00), as authorized by 28 U.S.C. §§ 2412(d), 1920, subject to the terms of the above-referenced Stipulation.

　　Dated: October 6, 2016

　　　　　　　　　　　　　　　　/s/ Paul L. Abrams
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　THE HONORABLE PAUL L. ABRAMS
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1